No. 73–6325. KING v. MARYLAND. Ct. App. Md. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6373. FIELDS v. NEW JERSEY. Super. Ct. N. J. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1271. COWAN, PENITENTIARY SUPERINTENDENT v. OLIVER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 73–1372. KENTNER v. SEABOARD COAST LINE RAILROAD CO. ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–6388. McDONALD v. TENNESSEE ET AL. C. A. 6th Cir. Motion to amend petition granted. Certiorari denied.

No. 73–924. SHELTON v. UNITED STATES, 415 U. S. 976; ·

No. 73–1139. FRANKS v. WILSON, JUDGE, ET AL., 415 U. S. 986;

No. 73–5959. FLETCHER v. UNITED STATES, 415 U. S. 981;

No. 73–6156. OLSEN v. UNITED STATES, 415 U. S. 993; and

No. 73–6248. WALLACE v. HOFFMAN ET AL., *ante*, p. 908. Petitions for rehearing denied.